**Order filed, April 6, 2012.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-12-00208-CV

---

**Yolanda Cervantes, Appellant**

**V.**

**Jose Angel Cervantes, Appellee**

---

**On Appeal from the 312th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-64424**

---

## ORDER

The reporter's record in this case was due February 22, 2012. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Geneva M. Pina, the substitute court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM